# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BRENDA CARTER,

       Plaintiff,

v.                                                  No. 2:19-cv-00266-JCH-KRS

NORTH AMERICAN GOLD
BUREAU LLC,

       Defendant.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on April 29, 2019. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan.

**IT IS, THEREFORE, ORDERED** that the parties shall follow the following discovery plan:

    (a) Maximum of fifty interrogatories per party to the other party with responses due thirty days after service.

    (b) Maximum of fifty requests for admission per party to the other party with responses due thirty days after service.

    (c) Maximum of ten (10) depositions by each party. Depositions shall not exceed six (6) hours unless extended by the parties.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

    (a) Plaintiff's deadline to amend pleadings or join additional parties in accordance with Federal Rule of Civil Procedure 15: **May 1, 2019**;

(b) Defendant's deadline to amend pleadings or join additional parties in accordance with Federal Rule of Civil Procedure 15: **June 3, 2019**

(c) Plaintiff's expert-disclosure deadline: **July 1, 2019**;

(d) Defendant's expert-disclosure: **August 15, 2019**;

(e) Termination of discovery: **October 31, 2019**;

(f) Motions relating to discovery: **Nobember 15, 2019**;

(g) All other motions, including dispositive and *Daubert* motions: **November 22, 2019**;

(h) Pretrial order: Plaintiff to Defendant by: **December 10, 2019**;

Defendant to Court by: **December 17, 2019**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition beyond six hours made during the deposition in question. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date so that the response to that request shall be due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE